IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE L. MCCLENDON**  **PLAINTIFF**
**ADC #096384**

v. No. 4:23-CV-00769-LPR

**TILLEY, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe.[1] No objections have been filed, and the time for doing so has expired.[2] After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. 6) is DISMISSED without prejudice and the Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 8.

[2] It appears the RD was returned as undeliverable because the Plaintiff is no longer at the Pulaski County Detention Facility. *See* Doc. 9. It is Plaintiff's responsibility to update his address. Local Rule 5.5(c)(2). However, out of an abundance of caution, the Court will give Plaintiff 30 days to update his address with the Court and file objections to the RD. Plaintiff must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment. If Plaintiff does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.